## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **DONNA KEYES**, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**KEYSTONE TECHNOLOGIES GROUP, LLC**, and **MERCY HEALTH PHYSICIANS KENTUCKY SPECIALTY CARE, LLC**,<br><br>       Defendants. | Case No. 4:26-cv-00550-ZMB<br><br>Judge Zachary M. Bluestone |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Donna Keyes ("Plaintiff"), by and through her undersigned counsel, hereby gives notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the voluntary dismissal of this action, without prejudice, as to all Defendants.

The Court has entered an order extending Defendants' time to respond to the Complaint, but no Defendant has filed a responsive pleading or a motion for summary judgment. Accordingly, Plaintiff is entitled to dismiss this action by notice under Rule 41(a)(1)(A)(i), and no court order is required.

This dismissal is without prejudice.

Dated: June 15, 2026

Respectfully submitted,

/s/ Mark E. Silvey
Mark E. Silvey (TN. Bar No. 013415)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603
P: (919) 600-5003
msilvey@brysonpllc.com

*Attorney for Plaintiff*

*Attorney for Plaintiff*