UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA KEYES, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:26-CV-550-ZMB |
| KEYSTONE TECHNOLOGIES GROUP, LLC, and MERCY HEALTH PHYSICIANS KENTUCKY SPECIALTY CARE, LLC | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In light of Plaintiff Donna Keyes's Notice of Voluntary Dismissal without Prejudice, Doc. 24, the Court directs the Clerk of Court to close this case. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

So ordered this 1st day of July 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE